**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-7769**

---

DAVID NIGHTHORSE FIREWALKER-FIELDS,

       Plaintiff - Appellant,

    v.

HAROLD W. CLARKE, Director of the Virginia Department of Corrections, sued Individually and Official Capacity; IVAN GILMORE, Warden,

       Defendants - Appellees.

    and

E. WITT, Grievance Coordinator and Ombudsman Sussex I State Prison, sued Individually and Official Capacity; SGT. RIDDICK, Night Sergeant Housing 2 Sussex I State Prison, sued Individually and Official Capacity; ISRAEL HAMILTON, Warden, Sussex I State Prison, sued Individually and Official Capacity; BARRY NARANO, Virginia Department of Corrections American with Disabilities "ADA" Coordinator, sued Individually and Official Capacity; VIRGINIA DEPARTMENT OF CORRECTIONS, "Public Entity", sued Individually and Official Capacity; OFFICER MOSS, Recreation/Yard Officer, Sussex I State Prison, "Hostile Witness"; LIEUTENANT CLAIBORNE, Watch Commander, Sussex I State Prison, sued Individually and Official Capacity; TREATMENT OFFICER PALLONT, Shared Allied Management "SAM" Pod, sued Individually and Official Capacity; UNKNOWN DARBY, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; LIEUTENANT BROWN, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; SGT. DUNLEAVY, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; SGT. LABOY, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; MS. FOREMAN, Operations Officer, Sussex I State Prison, sued Individually and Official Capacity; MR. VON CAMPER, Institutional Program Manager, Sussex I State, sued Individually and Official Capacity; Y. ADAMS, Unit Manager of Housing Unit 2/Institutional ADA Coordinator, Sussex I State Prison, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; K. COSBY, Regional Ombudsman, Sussex I State Prison Intelligence Unit, sued Individually and Official

Capacity; ANTHONY D. WHITE, Assistant Warden, Sussex I State Prison, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; CHRISTOPHER J. GENSINGER, Virginia Department of Corrections, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; LIEUTENANT COLSTON, Building Lieutenant, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; CHAPLAIN JONES, Grace Inside Chaplain Services, Chaplain, Sussex I State Prison, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; OFFICER TUELL, Property Officer, Sussex I State Prison, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; MS. WELLINGTON, Sussex I ADA Coordinator, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; SAFETY OFFICER STITH, Sussex I State Prison, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; BRIAN MORAN, Secretary of Public Safety, Sussex I State Prison Intelligence Unit, sued Individually and Official Capacity; RALPH NORTHAM, sued Individually and Official Capacity; MS. WETHINGTON, ADA Coordinator SISP; MR. VAN KAMPIN, Institutional Program Manager; OFFICER ENIS, Housing Unit; MS. HARRIS, Chief of Housing SISP; OFFICER MS. WALTERS, Housing Unit 2 Officer SISP; OFFICER D. GARCIA, Housing Unit 2 Officer SISP; J. ADAMS, Unit Manager; OFFICER E. COLEMAN, Housing Unit 2 Booth Officer; MAJOR NEWBIE, SISP Manager; I. T. GILMORE, Warden, Sussex I State Prison, sued Individually and Official Capacity,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:20-cv-00599-CMH-IDD)

---

Submitted:  July 21, 2022                                        Decided:  July 25, 2022

---

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Nighthorse Firewalker-Fields, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

David Nighthorse Firewalker-Fields appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Firewalker-Fields v. Clarke*, No. 1:20-cv-00599-CMH-IDD (E.D. Va., Dec. 2, 2021). We also deny Curiae Disability Party's motion to file an amicus curiae brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*